**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: Aqueous Film Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873<br>This Document Relates To:<br><br>*People of the State of Illinois ex rel. Kwame Raoul v. 3M Co., et al.,*<br>No. 1:23-cv-02620 (N.D. Ill.) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER**

Plaintiff, People of the State of Illinois *ex rel.* Kwame Raoul ("People"), by and through their undersigned counsel, request that they be given until May 31, 2023 to file their Motion to Vacate the Conditional Transfer Order (CTO-131) and Brief in Support, and in support, state as follows:

1. The People filed their Complaint in this action on April 5, 2023 in the Circuit Court of Cook County, Illinois. 3M Company ("3M"), Tyco Fire Products LP, and Chemguard, Inc. removed the case to federal court on April 26, 2023. *See* Dkt. 1, *People of the State of Illinois v. 3M, et al.*, Civil Action No. 23-cv-02620 (N.D. Ill. Apr. 26, 2023).

2. On April 27, 2023, 3M filed a Notice of Potential Tag-Along Action identifying *People of the State of Illinois v. 3M Co., et al.* as a potential tag-along action to the *In Re: Aqueous Film-Forming Foams (AFFF) Products Liability* multi-district litigation ("AFFF MDL"). *See* ECF No. 1886.

3. On May 2, 2023, the Clerk of the Judicial Panel on Multidistrict Litigation ("JPML") issued a Conditional Transfer Order (CTO-131) designating this matter for inclusion in the AFFF MDL. *See* ECF No. 1888.

4.      On May 9, 2023, the People filed a Notice of Opposition to Conditional Transfer Order (CTO-131).  *See* ECF No. 1897.

5.      On May 10, 2023, the Clerk of the JPML set a briefing schedule establishing a due date of May 24, 2023 for the People's Motion to Vacate with Brief in Support, June 14, 2023 for Responses, and June 21, 2023 for the People's Reply.  *See* ECF No. 1899.

6.      On May 23, 2023, the People asked 3M if it would agree to a one-week extension of the May 24 due date for the People's Motion to Vacate with Brief in Support, and after further discussion of extensions to the due dates established by the briefing schedule, the People and 3M have agreed to the proposed due dates set forth below.

7.      Pursuant to JPML Rule 6.3, the People request that the JPML revise the briefing schedule in accordance with the parties' agreement, establishing a due date of May 31, 2023 for the People's Motion to Vacate and Brief in Support, June 28, 2023 for Defendant's Response, and July 10, 2023 for the People's Reply.

8.      The People bring this motion in good faith and not for any dilatory purposes.

WHEREFORE, cause having been shown, the People respectfully request that this motion be granted.

Dated: May 24, 2023

PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief Environmental Enforcement/Asbestos Litigation Division

By:     */s/Daniel R. Flynn*
        Daniel R. Flynn
        One of Plaintiff's attorneys

Stephen J. Sylvester
Ellen F. O'Laughlin

Karen Howard
**OFFICE OF THE ILLINOIS ATTORNEY GENERAL**
Environmental Bureau
69 West Washington Street, Suite 1800
Chicago, Illinois  60602
(312) 814-2550
stephen.sylvester@ilag.gov
ellen.olaughlin@ilag.gov
karen.howard@ilag.gov

Adam J. Levitt
Daniel Rock Flynn
Amy E. Keller
Diandra Debrosse Zimmerman
Anna Claire Skinner
Special Assistant Attorneys General
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
(312) 214-7900
alevitt@dicellolevitt.com
dflynn@dicellolevitt.com
akeller@dicellolevitt.com
fu@dicellolevitt.com
askinner@dicellolevitt.com

Joseph M. Callow, Jr.
Gregory M. Utter
Special Assistant Attorneys General
**CALLOW & UTTER LLC**
8044 Montgomery Road, Suite 402
Cincinnati Ohio  45236
jcallow@callowandutter.com
gmutter@callowandutter.com

Richard W. Fields
Martin Cunniff
Special Assistant Attorneys General
**FIELDS HAN CUNNIFF PLLC**
1700 K Street NW, Suite 810
Washington, DC  20006
(833) 382-9816
fields@fhcfirm.com
martin.cunniff@fhcfirm.com

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Aqueous Film Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873<br>This Document Relates To:<br><br>*People of the State of Illinois ex rel. Kwame Raoul v. 3M Co., et al.,*<br>No. 1:23-cv-02620 (N.D. Ill.) |

**CERTIFICATE OF SERVICE**

I certify that on May 24, 2023, I caused true and correct copies of the foregoing Notice of

Appearance to be served on the following parties by first class mail, as indicated below, and on all

remaining parties by this Court's CM/ECF system.

**By First Class Mail**

AGC Chemicals Americas,
c/o CT Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604

*Defendant*

Amerex Corporation
c/o CT Corporation System
208 South LaSalle St
Suite 814
Chicago, IL 60604

*Defendant*

Angus Fire Armour Corporation
c/o The Prentice-Hall Corporation System, Inc.
DE Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

*Defendant*

Archroma U.S., Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

*Defendant*

Arkema, Inc.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

*Defendant*

Buckeye Fire Equipment Company
c/o A Haon Corporate Agent, Inc.
29225 Chagrin Blvd.
Suite 350
Pepper Pike, OH 44122

*Defendant*

Carrier Global Corporation
c/o United Agent Group, Inc.
3411 Silverside Rd
Tatnall Building #104
Wilmington, DE 19810

*Defendant*

Chemdesign Products Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Defendant*

Chubb Fire, Ltd.
Littleton Road
Ashford
Middlesex, United Kingdom
TW15 1TZ

*Defendant*

Clariant Corporation
c/o Corporation Service Company
80 State Street
Albany, NY 12207

*Defendant*

Corteva, Inc.
c/o The Corporation Trust Company
208 South LaSalle Street
Suite 814

Chicago, IL 60604

*Defendant*

Daikin America Inc.
c/o The Corporation Trust Company
1209 Orange St
Wilmington, DE 19801

*Defendant*

Deepwater Chemicals Inc.
c/o The Corporation Trust Company
1209 N. Orange Street
Wilmington, DE 19801

*Defendant*

DowDuPont, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

*Defendant*

Dupont De Nemours, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

*Defendant*

Dynax Corporation
c/o Corporate Systems LCC
3500 South Dupont Highway
Dover, DE 19901

*Defendant*

E.I. Du Pont De Nemours and Company
c/o CT Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604

*Defendant*

Fire Services Plus, Inc.
c/o Ronald E. Thames
180 Etowah Trace
Fayetteville, GA 30214

*Defendant*

Honeywell International Inc.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

*Defendant*

Honeywell Safety Products USA, Inc.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
*Defendant*

Kidde PLC, Inc.
c/o United States Corporation Co.
33 North LaSalle St
Chicago, IL 60602

*Defendant*

Kidde-Fenwal, Inc.
c/o United Agent Group, Inc.
350 South Northwest Highway
Suite 300
Park Ridge, IL 60068

*Defendant*

Mine Safety Appliances Company, LLC
c/o CT Corporation System
208 South LaSalle St
Suite 814
Chicago, IL 60604

*Defendant*

Nation Ford Chemical Company
c/o John A. Dickson, IV
2300 Banks St
Fort Mill, SC 29715

*Defendant*

National Foam, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

*Defendant*

Perimeter Solutions LP
c/o The Corporation Trust Company
1209 Orange St
Wilmington, DE 19801

*Defendant*

Raytheon Technologies Corporation
c/o CT Corporation System
208 South LaSalle St
Suite 814
Chicago, IL 60604

*Defendant*

The Chemours Company FC, LLC
c/o CT Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604

*Defendant*

UTC Fire & Security Americas Corporation, Inc
c/o CT Corporation System
208 South LaSalle St
Suite 814
Chicago, IL 60604

*Defendant*

Verde Environmental, Inc.
c/o CT Corporation System
208 South LaSalle St
Suite 814
Chicago, IL 60604

*Defendant*

/s/ Lindsay Zigmant
Lindsay Zigmant